NUMBERS

13-01-508-CR

13-01-509-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


JOSE RICHARD CORTEZ , Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 105th District Court 

of Nueces County, Texas.

___________________________________________________________________

O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam


Appellant, JOSE RICHARD CORTEZ , perfected appeals from judgments entered by the 105th District Court of Nueces
County, Texas, in cause numbers 91-CR-1136-D and 01-CR-1476-D . Appellant has filed a motion to dismiss the appeals. 
The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motion to dismiss the appeals, is of the opinion that
appellant's motion to dismiss the appeals should be granted. Appellant's motion to dismiss the appeals is granted, and the
appeals are hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 11th day of October, 2001 .